**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MOHAMMAD MAHMOODI MOTLAGH,

Petitioner,

v. Case No. 2:26-cv-00687 KWR-JFR

WARDEN, *Otero County Processing Center*,
TODD M. LYONS, *Acting Director of Immigration And Customs Enforcement*,
MARY DE ANDA-YBARRA, *El Paso Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement,*
TODD BLANCHE, *Acting U.S. Attorney General, and*
MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*,

Respondents.

**ORDER**

**THIS MATTER** comes before the Court on Petitioner's post-judgment amended petition (Doc. 15) (the "Amended Petition"). After the Court entered judgment in this case, Petition filed another petition.

However, the Court denies the Amended Petition as moot, as the Court released petitioner under a subsequently filed case. *See Mahmoodi Motlagh v. Warden*, 2:26-cv-02428 KWR-DLM (D.N.M.). Therefore, the requested relief in this case is moot.

**IT IS THEREFORE ORDERED** that Petitioner's Amended Petition (Doc. 15) is **DENIED AS MOOT**.

/S/
KEA W. RIGGS

UNITED STATES DISTRICT JUDGE